Thomas GLAUB and Cynthia Glaub, Plaintiffs/Appellants,

v.

CENTRAL GARDEN & PET CO., et al., Defendants/Respondents.

No. ED 82124.

Missouri Court of Appeals, Eastern District, Division Three.

July 29, 2003.

Althea P. Johns, St. Louis, MO, for appellant.

Peter von Gontard, Nancy L. Cardinale, St. Louis, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

Plaintiffs, Thomas Glaub and Cynthia Glaub, appeal from the judgment dismissing their action that alleged Thomas Glaub suffered injuries when he used a flea treatment. No error of law appears and an opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information

---

The judgment is affirmed. Rule 84.16(b).

dential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).